IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

**SCHNITZER STEEL INDUSTRIES, INC., et al.,**

        Plaintiffs,

    v.

**CONTINENTAL CASUALTY COMPANY, et al.,**

        Defendants.

No. 3:10-cv-01174-PK

OPINION AND ORDER

**MOSMAN, J.**,

On March 9, 2012, Magistrate Judge Papak issued his Findings and Recommendation ("F&R") [124] in the above-captioned case, recommending that plaintiff's motion for partial summary judgment [67] be granted in part and denied in part. Judge Papak also recommended that plaintiff's motion for leave to supplement the evidentiary record [118] be denied and defendants' motion for partial summary judgment be denied [70]. Lastly, Judge Papak recommended that plaintiff's motion to compel [84] be granted in part. Defendants filed objections [131] and plaintiffs responded [133]. Defendants also filed a motion to strike [134] plaintiffs' response to the objections.

## DISCUSSION

The magistrate judge makes only recommendations to the court, to which any party may file written objections. The court is not bound by the recommendations of the magistrate judge,

1 – OPINION AND ORDER

but retains responsibility for making the final determination.  The court is generally required to make a de novo determination regarding those portions of the report or specified findings or recommendation as to which an objection is made.  28 U.S.C. § 636(b)(1)(C).  However, the court is not required to review, de novo or under any other standard, the factual or legal conclusions of the magistrate judge as to those portions of the F&R to which no objections are addressed.  *See Thomas v. Arn*, 474 U.S. 140, 149 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003).  While the level of scrutiny under which I am required to review the F&R depends on whether or not objections have been filed, in either case, I am free to accept, reject, or modify any part of the F&R.  28 U.S.C. § 636(b)(1)(C).

Upon review, I agree with Judge Papak's recommendation, except as regards Plaintiff's motion for partial summary judgment [67].  Except as noted, I ADOPT the conclusions of the F&R [124] as my own opinion.  Plaintiff's motion for partial summary judgment [67] is DENIED in entirety because resolution of the issues raised is premature.  Plaintiff's motion for leave to supplement the evidentiary record [118] is DENIED.  Defendants' motion for partial summary judgment [70] is DENIED.   Plaintiff's motion to compel [84] is GRANTED IN PART.  Additionally, defendants' motion to strike [134] plaintiffs' response to the objections is DENIED.

IT IS SO ORDERED.

DATED this   5th    day of September, 2012.


/s/ Michael W. Mosman
MICHAEL W. MOSMAN
United States District Court

2 – OPINION AND ORDER