Lawrence Gottlieb, OSB #070869
lgottlieb@bpmlaw.com
Betts, Patterson & Mines, P.S.
701 Pike Street, Suite 1400
Seattle, WA 98101-3927
Telephone:  206-292-9988
Facsimile:  206-343-7053

Attorneys for Defendants
Continental Casualty Company and
Transportation Insurance Company

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

| | |
|---|---|
| SCHNITZER STEEL INDUSTRIES, INC., an Oregon corporation; and MMGL CORP., a Washington corporation, | NO. 3:10-cv-01174-PK |
| Plaintiffs, | NOTICE OF WITHDRAWAL OF COUNSEL |
| vs. | |
| CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and TRANSPORTATION INSURANCE COMPANY, an Illinois corporation, | |
| Defendants. | |

TO:        The Clerk of the Court

AND TO:    All Parties and their Counsel of Record

        PLEASE TAKE NOTICE THAT Troy A. Biddle is hereby withdrawing as counsel of

record for Defendants Continental Casualty Company and Transportation Insurance Company.

///

///

NOTICE OF WITHDRAWAL OF
COUNSEL
610774.1/042913 1144/80360002

- 1 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

1    Lawrence Gottlieb, Brett Sommermeyer, and Lisa C. Neal will continue to be counsel of record

2    for said defendants.

3          DATED this 29th day of April, 2013.

4                                    BETTS, PATTERSON & MINES, P.S.

5

6                          By    /s/Lawrence Gottlieb

7                              Lawrence Gottlieb, OSB #070869
                               Attorneys for Defendants

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

NOTICE OF WITHDRAWAL OF
COUNSEL                                    - 2 -
610774.1/042913 1144/80360002

Betts
Patterson
Mines
One Convention Place
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988

CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2013, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system and the document is available for viewing and downloading from the CM/ECF system. I also certify that the foregoing document is being served electronically via the Court's CM/ECF notice system upon the following counsel of record:

**Counsel for Plaintiffs**

Scott J. Kaplan
STOEL RIVES, LLP
900 SW Fifth Ave., Ste. 2600
Portland, OR 97204

Joseph W. Montgomery, III
John E. Iole
Rebekah Byers Kcehowski
JONES DAY
500 Grant St., Ste. 4500
Pittsburgh, PA 15219-2514

Louis A. Ferreira
Stoel Rives LLP
900 SW 5th Ave., Ste. 2600
Portland, OR 97204-1268

DATED April 29, 2013.

By___ */s/Lawrence Gottlieb*_____
Lawrence Gottlieb, OSB #070869
Attorneys for Defendants

NOTICE OF WITHDRAWAL OF
COUNSEL
610774.1/042913 1052/80360002

- 3 -

Betts
Patterson
Mines
**One Convention Place**
Suite 1400
701 Pike Street
Seattle, Washington 98101-3927
(206) 292-9988