Scott J. Kaplan, OSB No. 913350
sjkaplan@stoel.com
STOEL RIVES LLP
900 SW Fifth Avenue, Suite 2600
Portland, OR 97204
Telephone: (503) 224-3380
Facsimile: (503) 220-2480

Joseph W. Montgomery, III (admitted *pro hac vice*)
jwmontgomery@jonesday.com
John E. Iole (admitted *pro hac vice*)
jeiole@jonesday.com
JONES DAY
500 Grant Street, Suite 4500
Pittsburgh, PA 15219-2514
Telephone: (412) 391-3939
Facsimile: (412) 394-7959

    Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SCHNITZER STEEL INDUSTRIES, INC., an Oregon corporation; and MMGL CORP., a Washington corporation,<br><br>    Plaintiffs,<br><br>    v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and TRANSPORTATION INSURANCE COMPANY, an Illinois corporation,<br><br>    Defendants. | Case No.: 3:10-cv-01174-MO<br><br>STIPULATED [~~PROPOSED~~] ORDER RESOLVING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING THE RETROACTIVITY AND CONSTITUTIONALITY OF SB 814 |

    The parties by and through their undersigned counsel hereby stipulate and move the

Court to enter an order resolving the relief sought in defendants' October 1, 2013 (corrected

Page 1 - STIPULATED [~~PROPOSED~~] ORDER RESOLVING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING THE RETROACTIVITY AND CONSTITUTIONALITY OF SB 814

74850120.1 0068163-00092

October 2, 2013) Motion for [partial] Summary Judgment Regarding the Retroactivity and Constitutionality of SB 814 (ECF No. 237) ("Summary Judgment Motion").

## RECITALS

A. Defendants' (collectively "Continental") Summary Judgment Motion asserts that Section 6 of Oregon Senate Bill 814 ("Section 6"), enacted and effective June 10, 2013, does not apply retroactively to, and could not constitutionally be construed to subject an insurance company to liability for, alleged unfair environmental claims settlement practices occurring before June 10, 2013.

B. In a letter dated July 19, 2013, Schnitzer requested that Continental reimburse Schnitzer for alleged unpaid defense expenses and further stated that its July 19 letter constituted notice of a claim under Section 6. Schnitzer maintains and confirms that it does not seek recovery pursuant to the July 19 letter in its Amended and Supplemental Complaint (ECF No. 226).

C. Schnitzer maintains and confirms that its operative pleading in this action, its Amended and Supplemental Complaint, does not seek recovery under Section 6, including recovery of enhanced damages, for alleged unfair environmental claims settlement practices occurring prior to June 10, 2013. Rather, Schnitzer alleges a right to relief under Section 6 only for any unfair environmental claims settlement practices that have allegedly occurred or may occur after June 10, 2013.

D. Schnitzer maintains and confirms that it has not taken the position in its Amended and Supplemental Complaint that Section 6 applies retroactively to any defense costs submitted by Schnitzer to Continental for reimbursement prior to June 10, 2013.

Page 2 - STIPULATED [PROPOSED] ORDER RESOLVING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING THE RETROACTIVITY AND CONSTITUTIONALITY OF SB 814

74850120.1 0068163-00092

E.  By entering into this stipulation to avoid unnecessary motion practice, no party intends to waive any arguments or positions about whether Section 6 of SB 814 or any other provision of SB 814 applies retroactively or whether such retroactive application would be constitutional, nor is this stipulation intended to be an admission of any kind by any party.

## OPERATIVE TERMS

1.  Schnitzer's Amended and Supplemental Complaint seeks recovery under Section 6 only as follows:

    a.  Pursuant to paragraph 48 of the Amended and Supplemental Complaint, Schnitzer alleges a right to enhanced damages for any unfair environmental claims settlement practices within the meaning of Section 6 only with respect to defense costs first submitted by Schnitzer to Continental for reimbursement on or after June 10, 2013.

    b.  Pursuant to paragraph 51(f) of the Amended and Supplemental Complaint, Schnitzer alleges a right to recover interest under Section 6 for invoices first submitted on or after June 10, 2013 and not paid in full by Continental within 30 days of receipt by Continental.

    c.  Pursuant to paragraph 51(g) of the Amended and Supplemental Complaint, Schnitzer seeks enhanced damages in an amount determined by the Court only as to any unfair environmental claims settlement practices within the meaning of Section 6 with respect to defense costs first submitted by Schnitzer to Continental for reimbursement on or after June 10, 2013.

2.  Schnitzer does not seek under its Amended and Supplemental Complaint enhanced damages under Section 6 for defense costs first submitted to Continental for reimbursement before June 13, 2013.

Page 3  -  STIPULATED [PROPOSED] ORDER RESOLVING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING THE RETROACTIVITY AND CONSTITUTIONALITY OF SB 814

74850120.1 0068163-00092

3. This stipulation fully resolves the issues raised in the Summary Judgment Motion.

IT IS SO STIPULATED this 24th day of October, 2013.

| | |
|---|---|
| *s/ Scott J. Kaplan* | *s/ Lawrence Gottlieb* |
| SCOTT J. KAPLAN, OSB NO. 913350 | LAWRENCE GOTTLIEB, OSB NO. 070869 |
| sjkaplan@stoel.com | lgottlieb@bpmlaw.com |
| STOEL RIVES LLP | BETT PATTERSON & MINES, PS |
| 900 SW Fifth Avenue, Suite 2600 | One Convention Place, Suite 1400 |
| Portland, OR 97204 | 701 Pike Street |
| Telephone: (503) 224-3380 | Seattle, WA 98101 |
| Facsimile: (503) 220-2480 | Telephone: (206) 292-9988 |
| | Facsimile: (206) 343-7053 |
| Attorneys for Plaintiffs | Attorneys for Defendants |

### DECLARATION REGARDING SIGNATURES

I, Scott J. Kaplan, declare under penalty of perjury that I obtained concurrence to file this document from other signatory to this document.

*s/ Scott J. Kaplan*
SCOTT J. KAPLAN

IT IS SO ORDERED this  25th  day of  Oct.  , 2013

/s/Michael W. Mosman
THE HONORABLE MICHAEL W. MOSMAN
United States District Court Judge

Page 4   -   STIPULATED [PROPOSED] ORDER RESOLVING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT REGARDING THE RETROACTIVITY AND CONSTITUTIONALITY OF SB 814

74850120.1 0068163-00092