UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| SCHNITZER STEEL INDUSTRIES, INC., an Oregon corporation; and MMGL CORP., a Washington corporation,<br><br>Plaintiffs,<br><br>v.<br><br>CONTINENTAL CASUALTY COMPANY, an Illinois corporation; and TRANSPORTATION INSURANCE COMPANY, an Illinois corporation,<br><br>Defendants. | NO. 3:10-cv-01174-MO<br><br>ORDER GRANTING DEFENDANTS' UNOPPOSED MOTION TO APPROVE SETTLEMENT AND FOR RELIEF FROM DECLARATORY JUDGMENT |

This matter having come before the Court on Defendants Continental Casualty Company and Transportation Insurance Company's Unopposed Motion to Approve Settlement and for Relief from Declaratory Judgment, and the Court having reviewed the records in this case and being fully advised, it is hereby ORDERED as follows:

1. The Confidential Settlement Agreement and Release between, among others, defendants Continental Casualty Company and Transportation Insurance Company and plaintiffs Schnitzer Steel Industries, Inc. and MMGL Corp., which was filed under seal, Docket no. 558, is a good-faith settlement agreement under ORS 465.480(4).

2. Pursuant to Federal Rule of Civil Procedure 60(b), the Declaratory Judgment portion of the Amended Money and Declaratory Judgment entered in this case on August 23,

2014, Docket no. 458, is hereby vacated prospectively, and defendants Continental Casualty Company and Transportation Insurance Company are relieved from the Declaratory Judgment.

IT IS SO ORDERED, this 2d day of Feb., 2023.

MICHAEL W. MOSMAN
Senior United States District Judge